IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JESSICA LOGAN | ) |
| | ) |
| v. | ) No. 3-13-1291 |
| | ) |
| NATIONAL HEATHCARE CORP; and | ) |
| NATIONAL HEALTH CORPORATION | ) |
| d/b/a NHC Heathcare Murfreesboro | ) |

O R D E R

The plaintiff's motion to continue initial case management conference (Docket Entry No. 14) is GRANTED to the extent that the parties are relieved of their obligation to submit a proposed initial case management order and to appear on January 6, 2014. **However,** counsel for the parties shall convene a telephone conference call with the Court on **Monday, January 6, 2014, at 10:00 a.m.,** to be initiated by defendants' counsel, to address the most expeditious way to determine the proper defendant, whether counsel for defendant National Healthcare Corp. will represent defendant National Health Corporation, why the initial case management conference should not be rescheduled, and any other appropriate preliminary matters.

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge