IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JESSICA LOGAN )
)
v. ) No. 3-13-1291
)
NATIONAL HEALTHCARE CORP; and )
NATIONAL HEALTH CORPORATION )
d/b/a NHC Heathcare Murfreesboro )

O R D E R

Pursuant to the order entered January 2, 2014 (Docket Entry No. 16), a telephone conference was held with counsel for the parties and the Court on January 6, 2014, at which time the following matters were addressed:

1. After discussion, it appeared that the parties should be able to resolve the issue of the proper defendant by the defendants' providing sufficient assurance, an affidavit and/or stipulation. The Court strongly urges counsel for the parties to communicate directly with each other to attempt to reach a resolution so that the motion to dismiss (Docket Entry No. 9) can be withdrawn and this action can proceed without the parties and the Court spending unnecessary time on the issue.

2. The initial case management conference is RESCHEDULED to **Friday, January 31, 2014, at 11:00 a.m.,** in Courtroom 764, U.S. Courthouse, 801 Broadway, Nashville, TN.

The stay of discovery, pursuant to Rule 26(d) of the Federal Rules of Civil Procedure, is hereby LIFTED.

Prior to the initial case management conference, counsel for the parties shall meet and confer pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, and shall, to the extent possible, exchange initial disclosures pursuant to Rule 26(a)(1).

Prior to the initial case management conference, counsel for the parties shall also confer and shall prepare a proposed, joint initial case management order, including the parties' respective theories of the case, issues resolved and in dispute, proposed scheduling for the progression of the

case, and any other relevant matters provided in Local Rule 16.01(d)(1)(c) and 16.01(d)(2). If the parties anticipate discovery of electronically stored information, they shall include in the proposed initial case management order the methodology for such discovery. See Administrative Order No. 174, entered July 9, 2007. If the parties anticipate little, if any, electronic discovery and they believe it is not necessary to be governed by Administrative Order No. 174, they shall so provide in the proposed initial case management order.

    Counsel shall e-file the proposed order prior to the initial case management conference.

    All counsel appearing at the initial case management conference shall bring with them their calendars and be cognizant of the calendars of any attorneys not appearing at the initial case management conference whose schedules are relevant to the scheduling in this case.

    It is so ORDERED.

                                                     JULIET GRIFFIN
                                                    United States Magistrate Judge

2

Case 3:13-cv-01291   Document 19   Filed 01/07/14   Page 2 of 2 PageID #: 54